In the Matter of C., an Applicant for Admission to the Bar of the State of New York, Appellant.

Decided October 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of the Claim of TADIA R. GODDARD, Respondent. SUMMIT HEALTH, INC., Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted August 18, 2014; decided October 16, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of ANTHONY J. HENSEL, Appellant, v CITY OF UTICA et al., Respondents.

Submitted August 18, 2014; decided October 16, 2014

Motion for reargument of motion for leave to appeal denied [see 23 NY3d 908 (2014)]. Motion for poor person relief dismissed as academic.

In the Matter of NATHANIEL JAY, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Decided October 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.